```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DONALD RACKLEY,                                          :
                                                         :
                              Plaintiff,    :
                                                         :       1:22-cv-4066-GHW
                    -v -                           :
                                                         :            ORDER
CONSTELLIS, LLC, CONSTELLIS                              :
HOLDINGS, LLC, *and* CENTERRA GROUP,                     :
LLC,                                                     :
                                                         :
                          Defendants.   :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court will hold a status conference with respect to this matter by telephone on September 13, 2024 at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

       The primary purpose of this conference will be to schedule a trial. Accordingly, the parties are directed to provide the Court with a joint letter no later than September 6, 2024 that includes the following information in separate paragraphs:

       (1) the status of settlement discussions;
       (2) the anticipated length of trial and whether the case is to be tried to a jury;
       (3) any dates within the first two quarters of 2025 where the parties cannot participate in a trial; and
       (4) any other issue that the parties would like to address at the conference or any other information that the parties believe may assist the Court.

       SO ORDERED.

Date: August 15, 2024
       New York, NY

                                                         GREGORY H. WOODS
                                                  United States District Judge