UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DONALD RACKLEY,

                Plaintiff,

   - against -

CONSTELLIS, LLC, CONSTELLIS HOLDINGS, LLC, and CENTERRA GROUP, LLC,

                Defendants.
-----------------------------------------------------------------X

22-CV-4066 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the discovery conference held via Microsoft Teams on October 2, 2024, Plaintiff's application (Dkt. 80) to compel discovery of financial information is granted as follows: Defendants shall provide a financial affidavit or declaration attesting to their net worth and income for the last three years; in essence, the affidavit should set forth balance sheet and profit/loss information for each of those three years. The affidavit and information contained therein shall be treated as confidential and, to the extent filed with the Court, shall be filed under seal.

      The Clerk of Court is directed to terminate the letter motion at Dkt. 80.

                                                    SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: October 2, 2024
       New York, New York

Copies transmitted this date to all counsel of record.